CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/27/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:23-cr-00022 |
| v. | **ORDER** |
| CAROLYN BRYANT-TAYLOR, ET AL. | |
| *Defendants.* | JUDGE NORMAN K. MOON |

Pursuant to the Memorandum Opinion issued on this date, Defendant Carolyn Bryant-Taylor's motion to disqualify, Dkt. 212, is **DENIED**. Additionally, Defendant Shekita Gore's motion to join the motion to disqualify, Dkt. 214, is **GRANTED**.

It is so **ORDERED**.

Entered this 27th day of May, 2025.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE